IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CAROL E. HEALY,<br><br>Plaintiff,<br><br>vs.<br><br>GRAND AMERICA HOTEL, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:10-cv-1029-DB-PW<br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Paul Warner on February 23, 2012, recommending that this court dismiss plaintiff's amended complaint and deny plaintiff's motion for service of process. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party filed an objection to the Report and Recommendation.

Having reviewed all relevant materials, including plaintiffs's amended complaint, plaintiff's motion for service of process, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with

1

the analysis and conclusion of the magistrate judge. Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order. Plaintiff's amended complaint is DISMISSED and plaintiff's motion for service of process is DENIED.

DATED this 16th day of March, 2012.

Dee Benson
United States District Judge